IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' CONSTRUCTION INDUSTRY PENSION FUND, et. al. | : CIVIL ACTION : : |
| vs. | : NO. 02-4611 : |
| RAINBOW CONSTRUCTION AND DEMOLITION, INC. | : : |

**ORDER**

AND NOW, this            day of February, 2003, upon consideration of Plaintiffs' Motion for Default Judgment and it appearing to the Court that Defendant has failed to answer the complaint and that the Motion for Default is uncontested, it is hereby ORDERED that the Motion is GRANTED and Default Judgment is hereby entered in favor of the Plaintiffs and against Defendant as follows:

   1.   Defendant is ORDERED to pay all delinquent benefit fund contributions in the amount determined by audit, plus interest, counsel fees, audit fees and costs within thirty (30) days of completion of the audit.

   2.   Defendant is ORDERED to pay attorney fees expended to date in the amount of $2,375.32 within thirty (30) days of the date of this Order.

   3.   Defendant is ORDERED to produce to Plaintiffs' accountant, Perry N. Blackman, CPA within thirty (30) days of the date of this Order the following documents:

    a.    Copies of all contribution reports pertaining to January 1, 1999 to the present;

    b.    Cancelled checks as proof of payment;

    c.    Individual payroll cards or payroll books pertaining to January 1, 1999 to the present;

    d.    Weekly payroll summary sheets pertaining to January 1, 1999 to the present;

    e.    Job records pertaining to January 1, 1999 to the present;

    f.    Time cards and social security reports pertaining to January 1, 1999 to the present;

    g.    Unemployment compensation reports pertaining to January 1, 1999 to the present;

    h.    Cash receipts and disbursement journals pertaining to January 1, 1999 to the present;

    i.    Forms W-2 and 1099 for 1999 through the present;

    j.    Personnel records confirming date of hire and termination, where applicable.

    BY THE COURT:

_____
J. CURTIS JOYNER,    J.